N. D. Suttles and Lena May Suttles, His Wife, and Charles W. Ross and Roxie K. Ross, His Wife, *Appellants*, v. J. L. McElwain, *Appellee*.

Division B.

Decision filed July 19, 1928.

*Crawford & May*, for Appellants;

*Henderson, Franklin & Christie* and *Thos. E. Gillespie*, for Appellee. ·

Per Curiam.—A petition for rehearing having been filed in this cause and same having been duly considered by the Court and the Court being of opinion that its judgment heretofore entered in this cause is correct, it is ordered and adjudged by the Court that the order without opinion heretofore filed in this cause and the judgment heretofore entered therein be, and the same are hereby affirmed.

Whitfield, P. J., and Terrell and Buford, J. J., concur.